**Jamie William SITES, Petitioner—Appellant,**

v.

**BUREAU OF PRISONS; Federal Correctional Institute, Cumberland; Lisa J.W. Hollingsworth, Respondents—Appellees.**

No. 07–6861.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 10, 2007.

Jamie William Sites, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie William Sites, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition, and on his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sites v. Bureau of Prisons,* No. 1:06–cv–02145–RDB (D. Md. Dec. 21, 2006; May 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*